LILLIAN ARIAS, Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION (KINGS COUNTY HOSPITAL CENTER), Respondent.

Submitted December 22, 2008; decided February 17, 2009

Motion, insofar as it seeks leave to appeal from the April 2008 Appellate Division order, dismissed as untimely (*see* CPLR 5513 [b]); motion, insofar as it seeks leave to appeal from the October 2008 Supreme Court judgment, dismissed upon the ground that it is not a final judgment within the meaning of CPLR 5602 (a) (1) (ii) to bring up for review the April 2008 Appellate Division order that finally determined a separate special proceeding (*see* Karger, Powers of the New York Court of Appeals § 5:28, at 187-188 [3d ed rev]).